# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BOBBY LEWIS CURRY, JR.,

    Plaintiff,

v.                             Case No. 3:16cv24/MCR/EMT

GRACE POINT,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 10, 2016. ECF No. 8. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

In his response to the Report and Recommendation, Plaintiff asks whether his Amended Complaint will be sent to the Middle District of Florida once the case is transferred. On transfer, all documents filed in this case, including Plaintiff's Amended Complaint, Motion for Leave to Proceed *In Forma Pauperis*, and any other

Page 2 of 2

pending motions, will be forwarded for consideration in the case before the Middle District of Florida.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is transferred to the United States District Court for the Middle District of Florida.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of February, 2016.

          s/ *M. Casey Rodgers*
          **M. CASEY RODGERS**
          **CHIEF UNITED STATES DISTRICT JUDGE**